**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CONCAT LP and CHELATOR, LLC,

               Plaintiffs,

  v.

UNILEVER, PLC, UNILEVER N.V.,
UNILEVER U.K. CENTRAL RESOURCES
LTD., UNILEVER UNITED STATES, INC.,
and CONOPCO, INC.,

               Defendants.
                                  /

No. C 04-1396 SI

**ORDER TO PROVIDE STATUS REPORT**

On September 7, 2004, this Court granted defendants' motion to stay this action, pending arbitration of the parties' disputes in the London Court of International Arbitration.  Nothing further has been filed with the Court in this matter since.

The parties are hereby ORDERED to provide a **Joint Status Report, on or before March 28, 2007**, informing the Court of the current status of the arbitration proceedings, the anticipated end date of same, and whether the parties anticipate further proceedings in this forum.

**IT IS SO ORDERED.**

Dated: March 19, 2007

                                  _____

                                  SUSAN ILLSTON
                                  United States District Judge