IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCAT LP and CHELATOR, LLC, | No. C 04-1396 SI |
| Plaintiffs, | **ORDER RE: ADMINISTRATIVE CLOSING** |
| v. | |
| UNILEVER, PLC, UNILEVER N.V., UNILEVER U.K. CENTRAL RESOURCES LTD., UNILEVER UNITED STATES, INC., and CONOPCO, INC., | |
| Defendants. | |

This matter is currently stayed pending mandatory arbitration of the parties' disputes in the London Court of International Arbitration.  On March 28, 2007, the parties filed a Joint Status Report representing that the LCIA Tribunal has determined that it has jurisdiction to arbitrate this dispute; that a merits hearing on the dispute is currently scheduled for March, 2008 in London; and that further proceedings in this Court appear unlikely.

Accordingly, this action is administratively closed.  Should either party determine that further proceedings in this Court have become necessary, that party may petition to reopen the action.

**IT IS SO ORDERED.**

Dated: April 2, 2007

SUSAN ILLSTON
United States District Judge