TOWNSEND AND TOWNSEND AND CREW LLP
PETER H. GOLDSMITH (State Bar No. 91294)
Two Embarcadero Center Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: phgoldsmith@townsend.com

Attorneys for Plaintiffs
CONCAT LP AND CHELATOR, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONCAT LP and CHELATOR, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> UNILEVER, PLC, UNILEVER N.V., UNILEVER U.K. CENTRAL RESOURCES LTD., UNILEVER UNITED STATES, INC. and CONOPCO, INC., <br><br> Defendants. | Case No. C04-1396 SI <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** <br><br> Judge: Hon. Susan Illston <br><br> Complaint Filed: 4/9/04 |

Pursuant to Rule 41(a)(1)(A)(i) of *Federal Rules of Civil Procedure*, Plaintiffs by and through their counsel of record, voluntarily dismiss the above captioned action with prejudice. Plaintiffs and Defendants have reached a mutually satisfactory resolution of issues between them that were the subject of this action and now wish to dismiss this action in its entirety with prejudice. As of this date, no Defendant has served an answer or a motion for summary judgment.

DATED: March 4, 2009

Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP

By: _____
Peter H. Goldsmith
Attorneys for Plaintiffs
CONCAT LP AND CHELATOR, LLC

61827348 v1



IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
CASE NO. C04-1396 SI

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2009, a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE was filed electronically with the Clerk of the Court using CM/ECF System. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. Parties/counsel who are to receive service include:

Sally Field
BRISTOWS
100 Victoria Embankment
London EC4Y
United Kingdom

By:    /s/ Peter H. Goldsmith
       Peter H. Goldsmith